# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| VIKKI T. ORDOGNE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-09-1872 |
| | § | |
| | § | |
| AAA TEXAS, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The docket call scheduled for April 18, 2011 at 5:00 pm is converted to a motion hearing. The court will hear oral arguments on AAA Texas's motion for reconsideration. (Docket Entry No. 33). Ordogne may respond to AAA's motion by April 15, 2011. A new docket call date will be determined at the hearing.

SIGNED on April 8, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge